**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ralph G. Duran, | ) | No. CV 05-0953-PHX-SRB (ECV) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Maricopa County Board of Supervisors, et al., | ) | |
| Defendants. | ) | |

    Plaintiff has filed a Motion for Enlargement and Request to Correct Order (Doc. #17). Plaintiff requests additional time to respond to Defendants' Motion to Dismiss because he does not have an attorney and has only limited access to legal research materials. Defendants have not filed an opposition to the motion. This is Plaintiff's first request for an extension and based on the reasons presented, the court will grant Plaintiff additional time to file a response.

    Plaintiff also asks the court to correct a prior order that cited LRCiv 7.2(e) and (i). Plaintiff argues that these sections do not say what the court cited them as saying. However, Plaintiff is mistakenly referring to sections in the Federal Rules of Civil Procedure whereas the two sections at issue are in the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"). The court's prior order (Doc. #16) did not mistakenly cite these sections and therefore no correction is necessary.

1 **IT IS THEREFORE ORDERED:**

2 That Plaintiff's Motion for Enlargement and Request to Correct Order (Doc. #17) is **granted in part** and **denied in part**;

4 That the request to extend time is **granted** and Plaintiff's response to the pending motion to dismiss is due on or before Thursday, November 10, 2005.  Defendants' reply is due on or before November 24, 2005; and

7 That the request to correct the court's order is **denied**.

8 DATED this 31st day of October, 2005.

Edward C. Voss
United States Magistrate Judge