**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ralph G. Duran, | ) | No. CV 05-0953-PHX-SRB (ECV) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Maricopa County Board of Supervisors, et al., | ) | |
| Defendants. | ) | |

Defendant has filed a Motion to Strike Plaintiff's Motion for Summary Judgment (Doc. #24). Plaintiff has not filed a response.

Plaintiff's Motion for Declaratory and/or Summary Judgment (Doc. #22) is included in his Response to Motion to Dismiss (Doc. #22) filed on December 27, 2005. The underlying Motion to Dismiss (Doc. #14) was filed by Defendants and is currently pending before Judge Bolton. Defendants argue that Plaintiff's summary judgment motion fails to comply with Rule 56.1 of the Local Rules of Civil Procedure for the District of Arizona. That rule provides in part:

> Any party filing a motion for summary judgment shall set forth separately from the memorandum of law, and in full, the specific facts on which that party relies in support of the motion. The specific facts shall be set forth in serial fashion and not in narrative form. As to each fact, the statement shall refer to a specific portion of the record where the fact may be found (i.e., affidavit, deposition, etc.).

1  Plaintiff's summary judgment motion contains no separate statement of facts as
2  required by the Local Rules. Moreover, Plaintiff fails to separate his motion for summary
3  judgment from his response to Defendants' motion to dismiss. Plaintiff may not use his
4  response to the motion to dismiss for failure to exhaust administrative remedies to double as
5  a motion for summary judgment simply by adding another title to the document. If Plaintiff
6  wishes to file a motion for summary judgment, he must do so in a separate filing and must
7  comply with the rules that apply to such motions. Defendants' motion to strike will therefore
8  be granted.

**IT IS THEREFORE ORDERED**:

That Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment (Doc. #24) is **granted**; and

That the portion of Docket #22 titled "Motion for Declaratory and/or Summary Judgment" shall be stricken.

DATED this 10th day of February, 2006.

Edward C. Voss
United States Magistrate Judge