IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph G. Duran,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Maricopa County Board of Supervisors, et al.,<br><br>　　　　Defendants. | No. CV 05-0953-PHX-SRB (ECV)<br><br>**ORDER** |

　　　　Plaintiff has filed a Motion for Enlargement of Time (Doc. #28) in which to respond to Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment (Doc. #24) and to Defendants' Reply in Support of Motion to Dismiss (Doc. #23).  Defendants have filed a Response to Plaintiff's Motion for Enlargement (Doc. #30) in which they oppose the motion.

　　　　The motion to strike has already been granted in an order (Doc. #26) dated February 14, 2006 and therefore an extension of time to respond would be futile.  Regarding the motion to dismiss, after Defendants filed their reply, the reference to the magistrate judge was withdrawn and the motion is now pending before Judge Susan R. Bolton.  The rules of procedure do not provide for a sur-reply, see LRCiv 7.2(c, d), and Plaintiff has presented no basis for the court to order one here.  For these reasons, Plaintiff's Motion for Enlargement of Time will be denied.

///

///

1  **IT IS THEREFORE ORDERED**:

2  That Plaintiff's Motion for Enlargement of Time (Doc. #28) is **denied**.

3  DATED this 17th day of February, 2006.

Edward C. Voss
United States Magistrate Judge