IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph G. Duran,<br><br>    Plaintiff,<br><br>vs.<br><br>Maricopa County Board of Supervisors, et al.,<br><br>    Defendants. | No. CV 05-0953-PHX-SRB (ECV)<br><br>**ORDER** |

      Plaintiff has filed a "Motion for Reconsideration and Relief from Judgement/Order and Motion for Extension of Time" (Doc. #33).  Plaintiff is seeking reconsideration of the court's order (Doc. #26) granting Defendant's motion to strike plaintiff's summary judgment motion and the order (Doc. #31) denying his request for more time to respond to the motion to strike.

      Plaintiff seeks reconsideration because he claims the prison mail system delayed his motion requesting more time to respond to the motion to strike.  He argues that if the court had received it in time, the court would have granted it and would not have granted the motion to strike his summary judgment motion.  However, other than claiming that the court would have given him more time to respond had it received his motion for an extension, Plaintiff offers no basis to find that the court's decision on the merits of the motion to strike was wrong.  As the court explained in its order granting the motion to strike, Plaintiff's summary judgment motion failed to comply with the Local Rules of Civil Procedure for the

1  District of Arizona in that it contained no separate statement of facts. Doc. #26. In addition,
2  it was combined with Plaintiff's response to a motion to dismiss rather than filed as a separate
3  motion. The instant motion presents nothing to show that the court committed clear error or
4  that any other basis for reconsideration exists. See School Dist. No. 1J, Multnomah County
5  v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993) ("Reconsideration is appropriate if the
6  district court (1) is presented with newly discovered evidence, (2) committed clear error or
7  the initial decision was manifestly unjust, or (3) if there is an intervening change in
8  controlling law."). Nor has Plaintiff presented any basis for relief from judgment or order
9  under Rule 60 of the Federal Rules of Civil Procedure. Accordingly, Plaintiff's motion will
10 be denied.

**IT IS THEREFORE ORDERED**:

That Plaintiff's "Motion for Reconsideration and Relief from Judgement/Order and Motion for Extension of Time" (Doc. #33) is **denied.**

DATED this 28th day of March, 2006.

_____
Edward C. Voss
United States Magistrate Judge