1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    Ralph G. Duran,                    )    No. CV 05-0953-PHX-SRB (ECV)
                                        )
10              Plaintiff,              )    **ORDER**
                                        )
11   vs.                                )
                                        )
12                                      )
     Maricopa County Board of           )
13   Supervisors, et al.,               )
                                        )
14              Defendants.             )
                                        )
15   _____

16        Plaintiff has filed a Motion for Leave to Amend Complaint.  Doc. #55.  Along with

17   the motion, Plaintiff has lodged a proposed Second Amended Complaint.  Doc. #56.  In an

18   Order filed on May 3, 2006, Judge Bolton granted in part Defendants' Motion to Dismiss

19   based on Plaintiff's failure to exhaust administrative remedies.  Doc. #40.  The Court found

20   that Plaintiff exhausted the available administrative remedies for only one of his claims, that

21   he was receiving an inadequate diet.  Because that claim was intertwined with the other

22   claims in Count III of his complaint, the Court dismissed the complaint with leave to amend

23   and provided Plaintiff with 20 days to file an amended complaint that asserts only his

24   exhausted claim of an inadequate diet.  Doc. #40 at 9-10.  Plaintiff then sought two

25   extensions of time to file an amended complaint, which this court granted.  Doc. #45, 50.

26        In the proposed amended complaint lodged with Plaintiff's motion to amend, Plaintiff

27   has failed to comply with the Court's order to limit the amended complaint to the one claim

28   for which he has exhausted administrative remedies.  Having failed to comply with the

Court's order, Plaintiff's motion to amend will be denied.  Plaintiff will be given one final opportunity to submit an amended complaint that comports with the Court's order.  If Plaintiff fails to do so, this action will be dismissed.

**IT IS THEREFORE ORDERED**:

That Plaintiff's Motion for Leave to Amend Complaint (Doc. #55) is **denied**;

That on or before Wednesday, October 4, 2006, Plaintiff shall file an amended complaint in compliance with the Court's Order filed on May 3, 2006 that restricts the amended complaint to one claim alleging an inadequate diet; and

That failure to comply with this order will result in a dismissal of the action.

DATED this 19th day of September, 2006.


Edward C. Voss
United States Magistrate Judge

- 2 -