IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph G. Duran,<br><br>   Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>   Defendant. | No. CV 05-0953-PHX-SRB (ECV)<br><br>**ORDER** |

Plaintiff has filed a Motion for Enlargement (Doc. #64) in which he requests more time to file a reply to Defendants' Answer (Doc. #62) filed on November 16, 2006. The Federal Rules of Civil Procedure do not call for a reply to an answer and therefore Plaintiff's request will be denied. Any reply to Defendants' answer will be stricken.

**IT IS THEREFORE ORDERED**:

That Plaintiff's Motion for Enlargement (Doc. #64) is **denied**.

DATED this 5th day of December, 2006.

_____
Edward C. Voss
United States Magistrate Judge